UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| SHEILA THROWER, | ) | Civil Action No. 5:21-cv-00254-KDW |
| Plaintiff, | ) | |
| v. | ) | |
| KILOLO KIJAKAZI,[1] Acting Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 21. Plaintiff, through counsel, consents to the motion. Defendant's Motion is *granted*. This case is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will update the record as warranted, offer Plaintiff the opportunity for a supplemental hearing with vocational expert testimony, if warranted, and issue a new decision.

IT IS SO ORDERED.

September 16, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).