UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| SHEILA ANN THROWER, | ) | Civil Action No. 5:21-cv-00254-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"), in the amount of Two Thousand Seven Hundred Sixty Six and 2/100 Cents ($2,766.02), expenses in the amount of Twenty One Dollars and 15/100 Cents ($21.15) under 28 U.S.C. § 2412(a), (d) of the EAJA. ECF No. 25. In the Acting Commissioner's Response she indicates she does not object to the requested amount of EAJA attorney fees and expenses sought, ECF No. 26. Plaintiff's Motion is *granted* in accordance with the terms of this order.

It is hereby, ORDERED that Plaintiff, Sheila Ann Thrower, is awarded attorneys fees in the amount of Two Thousand Seven Hundred Sixty Six and 2/100 Cents ($2,766.02), expenses in the amount of Twenty One Dollars and 15/100 Cents ($21.15) under 28 U.S.C. § 2412(a), (d) of the EAJA.  These attorneys fees will be paid directly to Plaintiff, Sheila Ann Thrower, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

October 21, 2021                          Kaymani D. West
Florence, South Carolina                  United States Magistrate Judge